UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

SEVERSTAL WHEELING, INC.
RETIREMENT COMMITTEE et al.,

        Plaintiffs,

-v-                                    No. 10 Civ. 954 (LTS)

WPN CORPORATION et al.,

        Defendant.

-------------------------------------------------------x

## ORDER

In light of the pending motions, the final pretrial conference in this matter currently scheduled for October 18, 2013, is hereby adjourned to **Friday, January 10, 2014, at 11:00 a.m.**

SO ORDERED.

Dated: New York, New York
       September 30, 2013

                                                          LAURA TAYLOR SWAIN
                                                          United States District Judge