UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ X
SEVERSTAL WHEELING, INC. RETIREMENT
COMMITTEE, et al.,

      Plaintiffs,

  -against-

WPN CORPORATION, et al.,

      Defendants.

------------------------------------------ X

10 Civ. 954 (LTS) (GWG)

**ECF Case**

**NOTICE OF APPEARANCE**

     PLEASE TAKE NOTICE THAT Matthew A. Smith, of Cohen Milstein Sellers & Toll, PLLC, an attorney duly admitted to practice law before this Court *pro hac vice*, hereby appears on behalf of plaintiffs, Severstal Wheeling, Inc. Retirement Committee, Timothy S. Rogers, William Drew Landon, and Richard Caruso, as named fiduciaries of the Wheeling Corrugating Company Retirement Security Plan and the Salaried Employees' Pension Plan of Severstal Wheeling, Inc., in the above-referenced action.

Dated:  January 8, 2014

Respectfully submitted,

/s/ Matthew A. Smith
Matthew A. Smith
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave., NW
Suite 500, West Tower
Washington, DC 20005
Telephone:  (202) 408-4670
mbunch@cohenmilstein.com

*Attorney for Plaintiffs*