UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

SEVERSTAL WHEELING, INC.
RETIREMENT COMMITTEE ET AL.,

                Plaintiffs,

  -against-

WPN CORPORATION ET AL.,

                Defendants.

-------------------------------------------------------x

No. 10 CV 954-LTS-GWG

ORDER

In light of Plaintiffs' pending Motion to Compel Further Responses to Plaintiffs' Post-judgment Requests for Production, (Docket Entry No. 326), and the Order of Reference to Magistrate Judge Gorenstein appertaining thereto, the status conference scheduled for Nov. 15, 2019, is adjourned sine die.

SO ORDERED.

Dated: New York, New York
       November 12, 2019

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          United States District Judge