UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SEVERSTAL WHEELING INC., et al., :

                Plaintiffs, : ORDER

-v.- : 10 Civ. 954 (LTS) (GWG)

WPN CORPORATION, et al., :

                Defendants. :

------------------------------------------------------------X

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

       The time for defendants to respond to plaintiffs' motion to compel (Docket # 326) expired on November 12, 2019, see Local Civil Rule 6.1(a), without any opposition being filed. It is the Court's intention to grant the motion in light of the lack of opposition. If, however, defendants wish to seek an extension of their time to file papers opposing the motion, they shall file their request by November 14, 2019, showing good cause and excusable neglect under Fed. R. Civ. P. 6(b)(1)(B).

       SO ORDERED.

Dated: November 13, 2019
       New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge