UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEVERSTAL WHEELING, INC. RETIREMENT COMMITTEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WPN CORPORATION, et al., <br><br> Defendants. | Case No.: 10 Civ. 954 (LTS)(GWG) |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/19

[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSES TO PLAINTIFFS' POST-JUDGMENT REQUESTS FOR PRODUCTION AND POST-JUDGMENT INTERROGATORIES AND FOR RELATED SANCTIONS**

Upon consideration of Plaintiffs' motion and supporting materials, and any opposition thereto, it is hereby ordered: (Docket #326)

1. Plaintiffs' motion is GRANTED

2. Within fourteen (14) days of this Order, Defendants shall produce all documents responsive to Plaintiffs' Post-Judgment Discovery Requests, including supplementation of responses already made, as described in Plaintiffs' February 2, 2018 deficiency letter attached as Exhibit G to the Declaration of Scott M. Lempert [ECF No. 328].

3. Defendants are further ORDERED to pay Plaintiffs' reasonable costs and attorneys' fees incurred in bringing their Motion to Compel.
Plaintiffs shall supply a summary of those costs and fees by November 19, 2019. Any response by defendants is due November 21, 2019.

Dated: November 15, 2019

New York, New York

_____
LAURA TAYLOR SWAIN
United States District Judge

**Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York**

Copies to attorneys by ECF

2