UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

SEVERSTAL WHEELING INC., et al.,                  :

               Plaintiffs,                  : <u>ORDER</u>

  -v.-                                              : 10 Civ. 954 (LTS) (GWG)

WPN CORPORATION, et al.,                           :

               Defendants.                  :

---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      The Court is in receipt of a motion from Daniel Cobrinik, attorney for defendants, dated November 21, 2019 (Docket # 338), seeking to withdraw as counsel. The Court hereby ORDERS as follows:

      1. Any party wishing to oppose this motion shall file opposition papers by December 9, 2019. Any reply may be filed on December 12, 2019.

      3. A telephone conference on the motion will take place <u>on December 16, 2019 at 4:30 p.m.</u>

      4. In addition to Mr. Cobrinik, <u>defendant Ronald LaBow is required to participate in this telephone conference</u> unless an attorney has filed a notice of appearance on his behalf before December 16, 2019. Other parties are not required to participate. If other parties wish to participate, they shall inform Mr. Cobrinik,

      5. A few minutes prior to the above time, Mr. Cobrinik shall place a call to the Court at (212) 805-4260 with Mr. LaBow and any other participants on the line.[1] Counsel should <u>not</u> use a speakerphone during the call.

      6. Mr. Cobrinik shall arrange for the delivery either by hand, overnight delivery, email, or other equally expeditious means to Mr. Labow of (a) a copy of this Order and (b) a copy of his papers moving to withdraw. He shall thereafter make all reasonable efforts to confirm with Mr. LaBow <u>by telephone, email, or in person</u> that the copy of this Order and the motion papers were actually received by him, that he understands that there is a December 9, 2019 deadline for

---

     [1] If the call is arranged through a commercial communications service, counsel arranging the call may instead telephone chambers at the time of the conference and inform chambers of the telephone number and access code that may be used to dial into the call. Only a toll-free number should be used.

submitting any written response to Mr. Cobrinik's papers, and that he is aware that he must participate in the telephone conference on December 16, 2019, at 4:30 p.m. (unless a new attorney has filed a notice of appearance on his behalf prior to that date).  If so requested, Mr. Cobrinik should take responsibility for filing any written response by Mr. LaBow.

7.  On or before December 6, 2019, Mr. Cobrinik shall file with the Court an affidavit or declaration indicating his compliance with paragraph 6 of this Order.

SO ORDERED.

Dated: November 27, 2019
New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge