UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEVERSTAL WHEELING, INC. RETIREMENT COMMITTEE, et al.,

Plaintiffs,

v.

WPN CORPORATION, et al.,

Defendants.

Case No.: 10 Civ. 954 (LTS)(GWG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/20

[~~PROPOSED~~] ORDER ON PLAINTIFFS' NOTICE OF APPLICATION FOR COSTS FOR MOTION TO COMPEL FURTHER RESPONSES TO PLAINTIFFS' POST-JUDGMENT REQUESTS FOR PRODUCTION AND POST-JUDGMENT INTERROGATORIES AND FOR RELATED SANCTIONS

Pursuant to the Court's previous Order [ECF No. 333] and Plaintiffs' submission of their fees and expenses associated with bringing their Motion to Compel Further Responses to Plaintiffs' Post-Judgement Requests for Production and Post-Judgment Interrogatories and for Related Sanctions, and any response thereto, it is hereby ORDERED: *and no objection having been filed by defendants,*

1. Plaintiffs' are awarded $35,080 $35,080 in fees and $162.75 in costs.

2. Within fourteen (14) days of this Order, Defendants shall pay Plaintiffs' counsel, Cohen Milstein Sellers & Toll, PLLC, a total of $35,242.75.

Dated: January 6, 2020

New York, New York

Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York

Copies to attorneys by ECF